The People of the State of New York, Respondent, v. Lawrence McBride and Charles Boerner, Appellants.— Judgment of the Court of Special Sessions affirmed. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

John Reilly, Appellant, v. Charles I. Weinstein and Thomas Bailey, Respondents.— Judgments unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

Michael Spanier, Respondent, v. Max Levin, Appellant.— Judgment of the Municipal Court affirmed by default, with costs. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Albert J. Sprague, Respondent, v. The Long Island Railroad Company, Appellant.— The case as settled is in flagrant violation of the rule * requiring the testimony to be reduced to narrative, and greatly increased the work of reading it. The like should not occur. Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.

Giacchino Vitolo, Respondent, v. Isaac Levison, Defendant, and John De Mark, as Administrator, etc., of Frank De Mark, Deceased, Appellant.— Judgment of the Municipal Court affirmed, with costs, but such court cannot render judgment for the foreclosure and sale. (See Municipal Court Act, § 1, subd. 11.) † Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Moses May, Respondent, v. Jean I. Charlouis and Elise L. Charlouis, Appellants.— Motion granted. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

James J. Nevins, Respondent, v. The City of New York, Appellant.— Motion denied, without costs. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Helen M. Barnes, an Infant, by Gilbert H. Barnes, Her Guardian ad Litem, and Gilbert H. Barnes, Respondents, v. Arthur H. Waterman, Individually, and as Sole Surviving Executor, etc., of Robert T. Hicks, Deceased, Appellant.— Judgment and order affirmed, with costs, upon the opinion of Mr. Justice Morschauser at Special Term. (Reported in 54 Misc. Rep. 392.) Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

In the Matter of the Application of The City of New York, Appellant, to Acquire Certain Real Estate upon Pine's Stream and East Meadow Stream in the Town of Hempstead, in the County of Nassau, for Purposes of Water Supply. Long Island Realty Company and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements, on the opinion of Mr. Justice Blackmar at Special Term. (Reported in 62 Misc. Rep. 61.) Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

---

* See General Rules of Practice, rule 34.— [REP.

† See Laws of 1902, chap. 580, § 1, subd. 11, as amd. by Laws of 1905, chap. 513, and Laws of 1908, chap. 495.— [REP.